**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

FILED

NOV 2 0 2018

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**GIOVANNI GEONARD INGERSOLL, aka MIKE AVERY,**<br>**VICTOR RAMEL CHANCLER WITCHER,**<br>**ROBERT LEE PAULEY, JR., aka BOBBY, and**<br>**LARRY ALLEN LYONS,**<br><br>    **Defendants.** | **Criminal No.**   3:18CR60<br><br>**Violations:**<br><br>18 U.S.C. § 2<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

(Conspiracy to Distribute Methamphetamine)

From on or about March 1, 2018, to on or about May 23, 2018, in Mineral, Grant, and Randolph Counties, within the Northern District of West Virginia, and elsewhere, defendants **GIOVANNI GEONARD INGERSOLL, aka MIKE AVERY, VICTOR RAMEL CHANCLER WITCHER, ROBERT LEE PAULEY, JR., aka BOBBY, and LARRY ALLEN LYONS** did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding together with each other, and with persons known and unknown to the Grand Jury to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute, and to distribute 500 grams or more of a mixture and substance containing a detectable amount of

1

methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846, and 841(b)(1)(A).

## COUNT TWO

(Aiding and Abetting Distribution of Methamphetamine)

On or about March 22, 2018, in Mineral County, in the Northern District of West Virginia, defendants **GIOVANNI GEONARD INGERSOLL, aka MIKE AVERY** and **VICTOR RAMEL CHANCLER WITCHER**, aiding and abetting each other, did unlawfully, knowingly, intentionally, and without authority distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT THREE

(Distribution of Methamphetamine)

On or about March 27, 2018, in Grant County, in the Northern District of West Virginia,

**ROBERT LEE PAULEY, JR., aka BOBBY**, did unlawfully, knowingly, intentionally, and without

authority distribute to a person known to the grand jury 500 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR

(Distribution of Methamphetamine)

On or about April 9, 2018, in Grant County, in the Northern District of West Virginia,

defendant **VICTOR RAMEL CHANCLER WITCHER** did unlawfully, knowingly, intentionally,

and without authority distribute to Robert Lee Pauley, Jr., aka Bobby, 500 grams or more of a mixture

and substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE

(Possession with Intent to Distribute Methamphetamine)

On or about April 9, 2018, in Grant County, in the Northern District of West Virginia, defendant **ROBERT LEE PAULEY, JR., aka BOBBY** did unlawfully, knowingly, intentionally and without authority, possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIX

(Distribution of Methamphetamine)

On or about April 9, 2018, in Mineral County, in the Northern District of West Virginia, defendant **VICTOR RAMEL CHANCLER WITCHER** did unlawfully, knowingly, intentionally, and without authority distribute to Nathan E. Carpenter 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT SEVEN**

(Distribution of Methamphetamine)

On or about April 16, 2018, in Mineral County, in the Northern District of West Virginia, defendant **VICTOR RAMEL CHANCLER WITCHER** did unlawfully, knowingly, intentionally, and without authority distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT EIGHT

(Possession with Intent to Distribute Methamphetamine)

On or about April 16, 2018, in Mineral County, in the Northern District of West Virginia, defendant **ROBERT LEE PAULEY, JR., aka BOBBY** did unlawfully, knowingly, intentionally and without authority, possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT NINE

(Distribution of Methamphetamine)

On or about April 20, 2018, in Grant County, in the Northern District of West Virginia, **ROBERT LEE PAULEY, JR., aka BOBBY**, did unlawfully, knowingly, intentionally, and without authority distribute to a person known to the grand jury 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## <u>COUNT TEN</u>

(Possession with Intent to Distribute Methamphetamine)

On or about May 22, 2018, in Randolph County, in the Northern District of West Virginia, defendant **ROBERT LEE PAULEY, JR., aka BOBBY** did unlawfully, knowingly, intentionally and without authority, possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## **COUNT ELEVEN**

(Possession with Intent to Distribute Methamphetamine)

On or about May 23, 2018, in Grant County, in the Northern District of West Virginia, defendant **ROBERT LEE PAULEY, JR., aka BOBBY** did unlawfully, knowingly, intentionally and without authority, possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

### *Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including, but not limited to:

A.     $780.00 in United States currency seized from Robert Lee Pauley, Jr. on May 22, 2018;

B.     $29,835.00 in United States currency seized from Larry Allen Lyons on May 22, 2018;

C.     Taurus, .38 special recovered in May 22, 2018 search of residence in Kimberly, West Virginia;

D.     Glock 42 .380 auto firearm recovered in May 22, 2018 search of residence in Kimberly, West Virginia;

E.     Eight rounds of 9mm ammunition recovered in May 22, 2018 search of residence in Kimberly, West Virginia;

F.     $5,800 in United States currency recovered in May 22, 2018 search of residence in Kimberly, West Virginia;

G.     Remington, .22 LR with scope recovered in May 22, 2018 search of residence in Kimberly, West Virginia;

H.     2017 Dodge Ram 2500 truck, blue in color, VIN 3C6UR5CJXHG61686 recovered in May 22, 2018 search of residence in Kimberly, West Virginia;

I.      $50.00 in United States currency seized from Robert Lee Pauley, Jr.'s residence on May 23, 2018.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Lara K. Omps-Botteicher
Assistant United States Attorney